**No. 61544.**—Bunge Corporation *v.* United States, protests 301921–K (A), 301921–K (B), and 301921–K (C) (New York).

Opinion by DONLON, J. Plaintiff having raised no objection, the motion was granted on the ground that the protests were prematurely filed.

**No. 61545.**—Pan American Food Company, Inc. *v.* United States, protest 302029–K (New York).

Opinion by DONLON, J. Plaintiff having raised no objection, the motion was granted on the ground that the protest was prematurely filed.

**No. 61546.**—Hudson Shipping Co., Inc. *v.* United States, protest 304927–K (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.